# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Todd W. Rogers Sr.
Debtor(s)

Chapter          13

Case No.          5:09−bk−04716−JJT

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

The confirmation hearing has been scheduled for the Debtor, Todd W. Rogers Sr..

A deadline of **September 2, 2009** has been set for objections to confirmation of the plan. Any objections to confirmation of the plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 15, 2009<br><br>Time: 09:30 AM |
| --- | --- |

Initial requests for a continuance of hearing or telephone conference ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

For procedures regarding telephonic appearance at a hearing, see the Court's website. **www.pamb.uscourts.gov**, Telephonic Court Appearances link.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 6, 2009 |